UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CRAIG ARMSTRONG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEERE & COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Cause No. 1:16-cv-00844<br>)<br>)  Judge Tanya Walton Pratt<br>)  Magistrate Judge Denise K. LaRue<br>) |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY SONDRA HEMERYCK

**CHRISTINA FUGATE** of the law firm **ICE MILLER LLP**, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting **SONDRA HEMERYCK** of **RILEY SAFER HOLMES & CANCILA LLP**, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **DEERE & COMPANY** in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of **SONDRA HEMERYCK**, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting **SONDRA HEMERYCK** leave to appear *pro hac vice* for purposes of this cause only.

Dated: June 30, 2016

Respectfully submitted,

/s Christina Fugate
Christina Fugate
**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
Phone: (317) 236-2100
Fax: (317) 236-2219
christina.fugate@icemiller.com

## CERTIFICATE OF SERVICE

I hereby certify that on **June 30, 2016**, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney **SONDRA HEMERYCK** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/ Christina Fugate
Christina Fugate

**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
Phone: (317) 236-2100
Fax: (317) 236-2219