UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CRAIG ARMSTRONG, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) DEERE & COMPANY, ) ) Defendant. ) | Cause No. 1:16-cv-00844<br><br>Judge Tanya Walton Pratt<br>Magistrate Judge Denise K. LaRue |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY KEVIN REIDY**

**CHRISTINA FUGATE** of the law firm **ICE MILLER LLP**, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting **KEVIN REIDY** of **RILEY SAFER HOLMES & CANCILA LLP**, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **DEERE & COMPANY** in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of **KEVIN REIDY**, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting **KEVIN REIDY** leave to appear *pro hac vice* for purposes of this cause only.

Dated: June 30, 2016

Respectfully submitted,

/s Christina Fugate
Christina Fugate

**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
Phone: (317) 236-2100
Fax: (317) 236-2219
christina.fugate@icemiller.com

## CERTIFICATE OF SERVICE

I hereby certify that on **June 30, 2016**, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney **KEVIN REIDY** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/ Christina Fugate
Christina Fugate

**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
Phone: (317) 236-2100
Fax: (317) 236-2219