**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| CRAIG ARMSTRONG, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) CASE NO. 1:16-cv-844 ) ) CLASS ACTION |
| v. | ) ) |
| DEERE & COMPANY, | ) ) |
| Defendant. | ) ) |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF JAMES W. ANDERSON, ESQ.**

Stephen M. Wagner of the law firm Wagner Reese, LLP pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting James W. Anderson of Heins Mills & Olson, P.L.C., leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff, Craig Armstrong, on behalf of himself and all others similarly situated, in the above-captioned cause only.  In support of this Motion, the undersigned states:

1. The Certification of James W. Anderson, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment of the administrative fees required to process this *Motion for Admission Pro Hac Vice* in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this Motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting James W. Anderson leave to appear *pro hac vice* for purposes of this cause only.

Respectfully submitted,

WAGNER REESE, LLP


*/s/ Stephen M. Wagner*
Stephen M. Wagner, Atty. No. 18248-49
11939 North Meridian Street
Carmel, IN  46032
(317) 569-0000
(317) 569-8088 (FAX)
swagner@wagnerreese.com

*Counsel for Plaintiff, Craig Armstrong, on behalf of himself and all others similarly situated*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing was electronically filed on the 11th day of July, 2016.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Sondra A. Hemeryck
RILEY SAFER HOLMES & CANCILE, LLP
70 West Madison Street, Suite 2900
Chicago, IL  60602
Email:  shemeryck@rshc-law.com


*/s/ Stephen M. Wagner*
Stephen M. Wagner