UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CRAIG ARMSTRONG, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. 1:16-cv-00844-TWP-MPB |
| DEERE & COMPANY, | ) ) ) | Judge Tanya Walton Pratt Magistrate Judge Matthew P. Brookman |
| Defendant. | ) | |

## MOTION TO APPEAR *PRO HAC VICE* FILED ON BEHALF OF ATTORNEY VALERIE BRUMMEL

**CHRISTINA FUGATE** of the law firm **ICE MILLER LLP**, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting **VALERIE BRUMMEL** of **RILEY SAFER HOLMES & CANCILA LLP**, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **DEERE & COMPANY** in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of **VALERIE BRUMMEL**, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting **VALERIE BRUMMEL** leave to appear *pro hac vice* for purposes of this cause only.

Dated: January 24, 2018

Respectfully submitted,

/s Christina Fugate
Christina Fugate
**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
Phone: (317) 236-2100
Fax: (317) 236-2219
christina.fugate@icemiller.com

### CERTIFICATE OF SERVICE

I hereby certify that on **January 24, 2018**, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney **VALERIE BRUMMEL** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/ Christina Fugate
Christina Fugate

**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
Phone: (317) 236-2100
Fax: (317) 236-2219