UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CRAIG ARMSTRONG on behalf of himself          )
and all others similarly situated,            )
                                              )
                    Plaintiff,                )
                                              )
         v.                                   )          No. 1:16-cv-00844-TWP-DLP
                                              )
DEERE & COMPANY,                              )
                                              )
                    Defendant.                )

## MINUTE ENTRY FOR APRIL 24, 2018
## SETTLEMENT CONFERENCE
## HON. DORIS L. PRYOR, MAGISTRATE JUDGE

The parties appeared in person and by counsel for a settlement conference.  A settlement has been reached in this action.  Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within thirty (30) days of the date of this entry, the parties shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties).  Additional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period.

So ORDERED.

Date: 4/27/2018

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.