**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| CRAIG ARMSTRONG, on behalf of himself and all others similarly situated, | ) ) ) | |
| | ) | No. 1:16-cv-00844 |
| Plaintiff, | ) ) | |
| | ) | Judge Tanya Walton Pratt |
| v. | ) | Magistrate Judge Doris L. Pryor |
| | ) | |
| DEERE & COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Craig Armstrong and

Defendant Deere & Company, hereby stipulate that the above-captioned action shall be, and

hereby is, voluntarily dismissed with prejudice.  Each party shall bear their own attorneys' fees

and costs incurred herein.

Dated: May 7, 2018

s/ *James W. Anderson*
Renae D. Steiner
James W. Anderson
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Tel: (612) 338-4605
Fax: (612) 338-4692
rsteiner@heinsmills.com
janderson@heinsmills.com


Stephen M. Wagner
WAGNER REESE, LLP
11939 North Meridian Street
Carmel, IN 46032
Tel: (317) 569-0000
Fax: (317) 569-8088
swagner@wagnerreese.com

s/ *Sondra A. Hemeryck*
Sondra A. Hemeryck
Valerie Brummel
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Tel: (312) 471-8700
Fax: (312) 471-8701
shemeryck@rshc-law.com
vbrummel@rshc-law.com


Christina Fugate
Judy Okenfuss
ICE MILLER
One American Square, Suite 2900
Indianapolis, IN  46282
Tel: (317) 236-2100

116130

*Attorneys for Plaintiff Craig Armstrong*          Fax: (317) 236-2219
                                                   Christina.Fugate@icemiller.com
                                                   Judy.Okenfuss@icemiller.com

                                                   *Attorneys for Defendant Deere & Company*


**ATTESTATION**

I, James W. Anderson, am the ECF User whose identification and password are being used to file this Stipulation of Voluntary Dismissal with Prejudice. I attest under penalty of perjury that concurrence in this filing has been obtained from Sondra A. Hemeryck, Counsel for Deere & Company.

Dated: May 7, 2018                      s/ *James W. Anderson*
                                        James W. Anderson

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2018, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will serve all parties of record in this case via CM/ECF.

s/ *James W. Anderson*