# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CRAIG ARMSTRONG, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) No. 1:16-cv-00844 ) |
| v. | ) Judge Tanya Walton Pratt ) Magistrate Judge Doris L. Pryor ) |
| DEERE & COMPANY, | ) ) |
| Defendant. | ) ) |

**Acknowledged**
TWP
May 8, 2018

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Craig Armstrong and Defendant Deere & Company, hereby stipulate that the above-captioned action shall be, and hereby is, voluntarily dismissed with prejudice. Each party shall bear their own attorneys' fees and costs incurred herein.

Dated: May 7, 2018

s/ *James W. Anderson*
Renae D. Steiner
James W. Anderson
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Tel: (612) 338-4605
Fax: (612) 338-4692
rsteiner@heinsmills.com
janderson@heinsmills.com

Stephen M. Wagner
WAGNER REESE, LLP
11939 North Meridian Street
Carmel, IN 46032
Tel: (317) 569-0000
Fax: (317) 569-8088
swagner@wagnerreese.com

s/ *Sondra A. Hemeryck*
Sondra A. Hemeryck
Valerie Brummel
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Tel: (312) 471-8700
Fax: (312) 471-8701
shemeryck@rshc-law.com
vbrummel@rshc-law.com

Christina Fugate
Judy Okenfuss
ICE MILLER
One American Square, Suite 2900
Indianapolis, IN 46282
Tel: (317) 236-2100

116130

| | |
|---|---|
| *Attorneys for Plaintiff Craig Armstrong* | Fax: (317) 236-2219<br>Christina.Fugate@icemiller.com<br>Judy.Okenfuss@icemiller.com |
| | *Attorneys for Defendant Deere & Company* |

## ATTESTATION

      I, James W. Anderson, am the ECF User whose identification and password are being used to file this Stipulation of Voluntary Dismissal with Prejudice. I attest under penalty of perjury that concurrence in this filing has been obtained from Sondra A. Hemeryck, Counsel for Deere & Company.

Dated: May 7, 2018                                                s/ *James W. Anderson*
                                                                             James W. Anderson

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2018, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will serve all parties of record in this case via CM/ECF.

s/ <i>James W. Anderson</i>